UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| HEIDI STELL and <br> IGAL STELL, her husband, <br><br> Plaintiffs, <br><br> v. <br><br> EL AL ISRAEL AIRLINES, LTD. <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civil No.: 07-CV-4847(GBD)(RLE) <br> ) <br> ) **RULE 7.1 STATEMENT** <br> ) <br> ) <br> ) |

------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for defendant EL AL ISRAEL AIRLINES, LTD. certifies that the following are parent corporations and/or publicly held corporations that own more than 10% of stock of EL AL ISRAEL AIRLINES, LTD.:

Knafaim Holdings Ltd.


Dated: New York, New York
       July 9, 2007

                                                    CLYDE & CO US LLP

                                                    By _____
                                                        Diane Westwood Wilson (DW 0520)
                                                    The Chrysler Building
                                                    405 Lexington Avenue
                                                    New York, New York 10174
                                                    (212) 710-3900
                                                    Attorneys for Defendant
                                                    EL AL ISRAEL AIRLINES, LTD.