# KREINDLER & KREINDLER LLP

Harry E. Kreindler (1919-1984)
Lee S. Kreindler (1949-2003)
Marc S. Moller
Steven R. Pounian
James P. Kreindler
David C. Cook
David Beekman
Blanca I. Rodriguez
Noah H. Kushlefsky
Robert J. Spragg
Brian J. Alexander
Justin T. Green
Andrew J. Maloney, III
Daniel O. Rose
Gretchen M. Nelson\*
Stuart R. Fraenkel\*

Francis G. Fleming
Paul S. Edelman
Milton G. Sincoff
Mark I. Labaton\*
   Counsel

100 Park Avenue
New York, NY 10017-5590
(212) 687-8181
Fax: (212) 972-9432
www.kreindler.com

Susan A. Friery, M.D.♦
Brendan S. Maher
Susan D. Bainnson
Vincent I. Parrett
William O. Angelley
Michael R. Sherwin⁺
Hilary B. Taylor°

California Office
707 Wilshire Boulevard
Suite 5070
Los Angeles, CA 90017-3613
(213) 622-6469
Fax: (213) 622-6019

\*Admitted in CA only
♦Admitted in MA & DC only
⁺Admitted in OH only
°Admitted in CA & LA only

June 22, 2007

Diane Westwood Wilson, Esq.
Clyde & Co US LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

Mr. Cary Yaron
EL AL Israel Airlines
15 E 26th Street
New York, NY 10010

Re: <u>Stell v. El Al Israel Airlines</u>

Dear Ms. Wilson and Mr. Yaron,

Enclosed please find the Initial Pretrial Conference Order from Judge Daniels and the Court's proposed Case Management Plan for the above-captioned matter. Please call me after you have had a chance to review so that we can discuss the case management plan.

Very truly yours,

KREINDLER & KREINDLER LLP

By: _____
Daniel O. Rose

DOR:rp
Enclosures
cc:   Chambers of Hon. George B. Daniels