## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

Kumar Rajh, being duly sworn, deposes and says that deponent is not a party of this action, is over 18 years of age and resides in South Richmond Hill, New York. On December 10, 2007 deponent served the within **EL AL ISRAEL AIRLINES LTD'S ANSWERS TO PLAINTIFFS' FIRST SET OF INTERROGATORIES** by hand upon:

Kreindler & Kreindler
100 Park Avenue
New York, New York 10017

_____
Kumar Rajh

Sworn to before me this
11th day of December, 2007

_____
Notary Public

PATRICIA A. DONNELLY
Notary Public, State of New York
No. 01DO5087441
Qualified in New York County
Commission Expires Nov. 30, 2009