*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: JAN 0 3 2008]*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HEIDI STELL and
IGAL STELL, her husband,

                               Civil No. 07-CV-4847

            Plaintiffs,

                               **REVISED SCHEDULING ORDER**

- against -

EL AL ISRAEL AIRLINES, LTD.

           Defendant.

Pursuant to Fed.R.Civ.P. 16(b), and by agreement of all parties, the Court orders that:

1.    Except for good cause shown, all discovery shall be commenced in time to be completed by **May 5, 2008**. The discovery completion date shall not be adjourned except upon a showing of extraordinary circumstances.

2.    **Dispositive motions**, if any, are to be served by **May 12, 2008**. Answering papers are to be served within 14 days. Reply papers are to be served within (7) days. In the event a dispositive motion is made, the date for submitting the Joint Pretrial Order shall be changed from that shown herein to three (3) weeks from the decision on the motion. The final pretrial conference shall be adjourned to a date four (4) weeks from the decision on the motion.

3.    A final pretrial conference will be held on **July 9, 2008** at 9:30 a.m.

4.    The **Joint Pretrial Order** shall be filed no later than **June 5, 2008**. The requirements for the pretrial order and other pretrial submissions shall be governed but the Court's Individual Rules of Practice.

5.    **All motions and applications** shall be governed by the Court's Individual Rules of Practice.

6.  The parties shall be **ready for trial** on 48 hours notice on or after **August 4, 2008**.

    The estimated trial time is **5 days**, and this is a **jury trial**.

7.  The **Next Case Management Conference** will be held on **February 6, 2008**

    at 9:30 a.m.

Dated:

New York, New York

SO ORDERED    JAN 0 3 2008

*/s/ George B. Daniels*
George B. Daniels
UNITED STATES DISTRICT JUDGE
HON. GEORGE B. DANIELS

# CLYDE&CO
## US LLP

Honorable George B. Daniels
December 21, 2007
Page 2

Enclosure

Cc:   *Via Fax & Email*
　　　Daniel Rose, Esq.
　　　Kreindler & Kreindler LLP
　　　Counsel for Plaintiffs