## AFFIDAVIT OF SERVICE BY HAND

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

Kumar Rajh, being duly sworn, deposes and says that deponent is not a party of this action, is over 18 years of age and resides in South Richmond Hill, New York. On January 14, 2008 deponent served the within **EL AL ISRAEL AIRLINES, LTD.'S SUPPLEMENTAL RESPONSES TO PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS** by hand upon:

Daniel O. Rose
KREINDLER & KREINDLER LLP
100 Park Avenue
New York, New York 10017

_____
Kumar Rajh

Sworn to before me this
14th day of January, 2008

_____
Notary Public

PATRICIA A. DONNELLY
Notary Public, State of New York
No. 01DO5087441
Qualified in New York County
Commission Expires Nov. 30, 2009