**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: JUL 1 0 2008

# CLYDE&CO
## US LLP

The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Telephone: 212 710 3900
Facsimile: 212 710 3950
www.clydeco.us
diane.westwoodwilson@clydeco.us

July 9, 2008

**VIA FACSIMILE**
Honorable George B. Daniels
U.S.D.C., Southern District of New York
United States Courthouse
500 Pearl Street, Room 630
New York, NY 10007

**SO ORDERED**

*[signature]*

**HON. GEORGE B. DANIELS**

JUL 1 0 2008

Re: Heidi Stell and Igal Stell v. EL AL Israel Airlines, Ltd.
    Civil No. 07-CV-4847 (GBD)

Dear Honorable Sir:

The parties jointly wish to advise the Court that a settlement has been reached in the above-captioned action. The parties are currently finalizing the settlement documents and expect to file a Stipulation and Order of Dismissal with Prejudice within the next 30 days. The parties note that a Case Management Conference is scheduled before Your Honor on July 15, 2008 at 9:30 a.m. and respectfully request an adjournment in light of the settlement.

Respectfully submitted,

*[signature]*

Diane Westwood Wilson
DWW/sm

cc: Daniel O. Rose, Esq *(via email)*
    *Attorney for Plaintiffs*

Clyde & Co US LLP is a Delaware limited liability partnership with offices in New York and San Francisco
Clyde & Co US LLP is affiliated with Clyde & Co, a multinational partnership of lawyers regulated by The Law Society of England & Wales that practices from branch and affiliate offices located in
ABU DHABI BELGRADE* CARACAS DOHA DUBAI GUILDFORD HONG KONG LONDON MOSCOW NANTES PARIS PIRAEUS RIO DE JANEIRO SHANGHAI SINGAPORE ST PETERSBURG*