UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

HEIDI STELL and )
IGAL STELL, her husband, )
    )
        Plaintiffs, )
    ) Civil Action No.: 07-CV-4847 (GBD)
v. )
    ) STIPULATION AND ORDER OF
EL AL ISRAEL AIRLINES, LTD ) DISMISSAL WITH PREJUDICE
    )
        Defendant. )
    )
    )
    )
------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the parties to the above-captioned action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the litigation, the above captioned action be, and the same hereby is, dismissed with prejudice, and without costs to any party as against the other.

Dated: July 17, 2008

CLYDE & CO US LLP

By _____
    Diane Westwood Wilson (0520)
    405 Lexington Avenue
    New York, New York 10174
    Tel: (212) 710-3900

Counsel for Defendant

KREINDLER & KREINDLER LLP

By _____
    Daniel O. Rose
    100 Park Avenue
    New York, New York 10017
    Tel: (212) 973-3414

Counsel for Plaintiffs

So Ordered   JUL 2 5 2008

_____
HON. GEORGE B. DANIELS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: